## Samuel C. Bartlett, William H. Bartlett and Frank P. Frazier v. The Woodbine Savings Bank.

1.  RECORDS—*Improper Præcipe and Certificate.*—The act approved June 15, 1887, entitled " An Act Concerning Fees and Costs," providing that a party who desires to take an appeal may present to the clerk of the court in which the judgment or decree was rendered a copy of the

bill of exceptions or certificate of evidence, affects only the fees to which the clerk is entitled; it does not do away with the necessity for a certificate showing that a complete transcript of the record has been made.

**Memorandum.**—Appeal from the Circuit Court of Cook County; the Hon. FRANK BAKER, Judge, presiding. Heard in this court at the October term, 1894, and affirmed for want of a sufficient record. Opinion filed January 28, 1895.

REED, BROWN & ALLEN, attorneys for appellants.

MONK & ELLIOTT, attorneys for appellee.

MR. PRESIDING JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

The certificate of the clerk of the Circuit Court to the record filed in this court is that a complete " transcript of the record prepared according to præcipe filed in my office on the 17th day of August, A. D. 1894."

The præcipe directs the clerk to make up a record " as follows : "

" Summons and return. (Copy furnished herewith.)

Declaration, including amount due. (Copy furnished herewith.)

Bill of exceptions, including motion for a new trial. (Copy furnished.)

Copy of judgment and copy of appeal bond.

The documents referred to as having copies furnished, are inclosed herewith and bound together in such a way that they can be readily taken apart if necessary."

If we assume that the clerk has made up his transcript from the originals instead of from " copies furnished," we have no certificate that a transcript of the complete record has been filed in this court.

The præcipe does not call for any of the pleadings save the declaration. We are therefore unable to tell what the issues in the cause are. Tolman v. Wheeler, No. 5404, October term 1894 of this court.

The statute of June 15, 1887, " record in case of appeals," as to presenting to the clerk a copy of the bill of exceptions;

etc., affects only the fees to which the clerk is entitled for making a transcript; it does not do away with the necessity for a certificate showing that a complete transcript of the record has been made.

The record being insufficient to enable us to enter upon a consideration of the merits of this appeal, the judgment of the Circuit Court is affirmed.